AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:23-mj-45 |
| David Charles DILLOW | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 18, 2023___ in the county of ___Franklin___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 922(g)(1) and §§ 924(a)(8) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
_Complainant's signature_

S. Chappell ATF TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  ___January 27, 2023___

City and state:  ___Columbus Ohio___

Kimberly A. Jolson
United States Magistrate Judge

AO 91 (Rev. 5/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**David Charles DILLOW**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against David Charles DILLOW (hereinafter referred to as DILLOW) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that DILLOW committed this offense.

4. According to a CPD report that I have reviewed, on or about January 18, 2023, uniformed CPD officers were dispatched to 3816 Higbee Dr., Columbus, Ohio on a report of domestic violence.

5. Once at scene officers could hear yelling from inside the residence. Officers knocked on the door and were let into the residence by a resident of the home. Officers were directed to an upstairs bedroom. Officers entered the room and observed B.D., DILLOW's wife, laying on a bed crying. Officers observed injuries on B.Ds., face.

6. DILLOW was seated at the edge of the bed. Officers ordered DILLOW to show his hands and to face the wall. DILLOW told officers he was not going to face the wall. After a struggle, officers were able to place DILLOW in handcuffs.

7. DILLOW continued to taunt officers and stated, "You are lucky you didn't get fucking shot bitch, come in my house unannounced."

8. Officers contacted B.D. She stated that DILLOW had assaulted her and threatened to shoot her. B.D. directed officers to the firearm which was in the bedroom closet. Officers recovered the firearm a Smith and Wesson model 910 9mm pistol bearing serial KJF3722.

9. DILLOW was arrested and transported to the Franklin County Jail.

10. On or about January 20, 2023, at approximately 3:18 p.m. a call is made from the Franklin County Jail using the pin number assigned to DILLOW. The call is placed to (614) 531-2461. A women believed to be DILLOW's mother answers the phone. At approximately 1:15 into the call

AO 91 (Rev. 5/99) Criminal Complaint

**PROBABLE CAUSE AFFIDAVIT**
**David Charles DILLOW**

DILLOW states "I am going back to jail she gave them my gun." Several times during the call DILLOW states he shouldn't drink anymore. At approximately 3:10 into the call DILLOW states "that gun was put up only me and her knew where it was at."

11. DILLOW was prohibited from possession of a firearm based upon having been previously convicted of the following crimes punishable by a term of imprisonment exceeding one year:

   a. Franklin County, Ohio Court of Common Pleas case 06CR1138 for aggravated robbery.
   b. Franklin County, Ohio Court of Common Pleas case 06CR9626 for aggravated robbery.

12. Records from Franklin County, Ohio Court of Common Pleas case 06CR1138 show that on or about August 8, 2006, DILLOW was sentenced to six (6) years of imprisonment.

13. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by DILLOW on or about January 18, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

14. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

15. Based on this information, your affiant believes probable cause exists that DILLOW, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith and Wesson model 910 9mm pistol bearing serial KJF3722and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).


ATF TFO Samuel Chappell


Sworn to and subscribed before me this day of ___January 27, 2023___, at_____ Columbus, Ohio.


Kimberly A. Jolson
United States Magistrate Judge